30

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED

AUG 27 1993

Michael N. Milby, Clerk
By Deputy:

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| MORAN RESOURCES COMPANY, | § | |
| PAUL P. BLACK, and | § | |
| GEORGE PLACKE, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | CIVIL ACTION NO. M-92-086 |
| VS. | § | |
| | § | |
| CUSHMAN ENERGY CORPORATION, | § | |
| | § | |
| Defendant. | § | |

### ORDER OF DISMISSAL WITH PREJUDICE

On this, the 26th day of August, 1993, came on to be heard the Joint Motion for Dismissal of the above entitled and numbered cause, and the Court being fully advised, finds that all matters herein have been compromised and settled and as a result of said settlement, the Plaintiffs and Defendant have agreed that this cause shall be dismissed with prejudice; and it appearing to the Court that said motion should be granted;

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED by the Court that the above entitled and numbered cause be, and the same is hereby in all things dismissed with prejudice to the right of the Plaintiffs or Defendant to reassert said causes of action by and between each other, or any part thereof.

SIGNED and ORDERED ENTERED this 26th day of August, 1993 at McAllen, Texas.

JUDGE PRESIDING

By: _____
Thomas A. Zabel
Butler & Binion, L.L.P.
State Bar No. 22235500
SD Texas Id. No. 12160
1400 First Interstate Bank Plaza
1000 Louisiana
Houston, Texas 77002
Telephone: (713) 237-3134
Telecopier: (713) 237-3202

**ATTORNEY-IN-CHARGE FOR
MORAN RESOURCES COMPANY**

By: _____
Paul G. Kratzig
Law Offices of Paul Kratzig
State Bar No. 11710500
S.D. of Texas I.D. No. 7593
580 Texas Commerce Plaza
802 North Carancahca
Corpus Christi, Texas 78470
Telephone: (512) 888-5564
Telecopier: (512) 883-4600

**ATTORNEY-IN-CHARGE FOR
PAUL P. BLACK, GEORGE PLACKE
AND BNP PETROLEUM CORPORATION**

_____
Dick Watt
State Bar No. 20977700
S.D. of Texas I.D. No. 13299
4440 Three Allen Center
333 Clay Street
Houston, Texas 77002
Telephone: (713) 739-9905
Telecopier: (713) 739-9802

**ATTORNEY FOR DEFENDANT
CUSHMAN ENERGY CORPORATION**
